## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN MOSIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV-05-1068-R |
| | ) |
| H. ALEXANDER, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered January 5, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Moreover, the record still reflects that service of process upon Defendant Ward has not been obtained. Therefore, the Report and Recommendation [Doc. No. 23] is ADOPTED in its entirety and Plaintiff's Motion for Entry of Default [Doc. No. 22] is DENIED.

It is so ordered this 26th day of January, 2006.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE